UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| PINNACLE TREATMENT CENTERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:20-cv-336-PPS |
| | ) | |
| CITY OF CROWN POINT, INDIANA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | CONSOLIDATED WITH: |
| CITY OF CROWN POINT, INDIANA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:20-cv-359-PPS |
| | ) | |
| CAPGROW HOLDINGS JV SUB V LLC, PINNACLE TREATMENT CENTERS, INC., and PINNACLE TREATMENT CENTERS IN-I, LLC. | ) | |
| | ) | |
| Defendants. | ) | |

**PARTIES' STATUS REPORT REGARDING SETTLEMENT**

Pursuant to the Court's order of July 16, 2024 (Dkt. 115), the parties hereby provide the following status report regarding the settlement of this matter.

1. As previously reported to the Court, the parties previously reached a settlement agreement that would, in part, require Pinnacle Treatment Centers, Inc.("Pinnacle") to relocate patients from their current home in Crown Point (the "Home").

2. Since the time of the last status report, Pinnacle has identified and purchased a new residence (the "New Home") outside the City of Crown Point.

3. The closing on the New Home has occurred.

4. Pinnacle expects to begin moving residents out of the Home by February 1, 2025 and will be turning the keys back to CapGrow on the Home by February 28, 2025.

5. After that time, CapGrow intends to sell the Home.

6. The parties believe it would be appropriate to file the dismissal motion or a further status report within the next 90 days.

Respectfully submitted,

*/s/ Mark J. Crandley*
Mark J. Crandley
Barnes & Thornburg LLP - Ind/IN
11 S Meridian St Ste 1313
Indianapolis, IN 46204-3535
317-261-7924 or 236-1313
mark.crandley@btlaw.com

*Counsel for Pinnacle Treatment Centers, Inc.*

*/s/ Zachary D. Fletcher*
Zachary D. Fletcher, Atty. No. 6310861
Craig M. Derrig, Atty. No. 6277369
Wood, Smith, Henning & Berman LLP
222 South Riverside Plaza, Suite 640
Chicago, Illinois 60606
zfletcher@wshblaw.com
cderrig@wshblaw.com

*Counsel for Defendant, City of Crown Point, Indiana*

*/s/ Eric J. McKeown*
Adam Arceneaux, Atty No. 17219-49
Eric J. McKeown, Atty No. 27597-49
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, Indiana 46282
317-236-2100
adam.arceneaux@icemiller.com
eric.mckeown@icemiller.com

*Counsel for Plaintiff, City of Crown Point, Indiana*