UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| PINNACLE TREATMENT CENTERS, INC., | ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Cause No. 2:20-CV-336-PPS |
| CITY OF CROWN POINT, INDIANA | ) ) | |
| Defendant. | ) ) | CONSOLIDATED WITH: |
| CITY OF CROWN POINT, INDIANA | ) ) | |
| Plaintiff, | ) ) | Cause No. 2:20-CV-359-PPS |
| v. | ) ) | |
| CAPGROW HOLDINGS JV SUB V LLC *et al.*, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

The Parties have filed a Joint Stipulation of Dismissal with Prejudice [DE 117], explaining that all claims in the above captioned causes of action (2:20-cv-336 and 2:20-cv-359) have been fully compromised and settled. The parties stipulate to the dismissal of this entire action with prejudice.

**ACCORDINGLY**:

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Joint Stipulation of Dismissal with Prejudice [DE 117] is **GRANTED**. The Clerk is **ORDERED**

to **DISMISS** this entire action and all claims asserted therein **WITH PREJUDICE**. Each party will bear its own costs. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

**SO ORDERED**.

ENTERED: September 15, 2025.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT